IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LYNDA HILLIARD, | Case No. 20CV19248 |
| Plaintiff, | SUMMONS |
| v. | |
| COSTCO WHOLESALE CORPORATION, a foreign corporation, | |
| Defendant. | |

TO:   C T Corporation System - Registered Agent
      Costco Wholesale Corporation
      780 Commercial St SE, Suite 100
      Salem, OR 97301

*You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of the summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.*

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 685-4763 or toll-free in Oregon at (800) 452-7636.

_____
Signature of Attorney/Author for Plaintiff

James V. Usera                     054012
Attorney of Record for Plaintiff   Bar No. (if any)
(typed or printed)

5778 Commercial Street SE
Address

Salem      Oregon      97306    (503) 378-7744
City       State       Zip      Phone

_____          _____
Trial Attorney if Other Than       Bar No. (if any)
Above (typed or printed)

*STATE OF OREGON*   }
                    } ss.
*County of Marion*  }

*I, the undersigned am of the attorneys of record for the plaintiff and certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.*

_____
Attorney of Record for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: *You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service which you shall attach hereto.*

_____
Attorney of Record for Plaintiff

SUMMONS - Page 1 of 1

5/28/2020 3:13 PM
20CV19248



IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LYNDA HILLIARD,<br><br>        Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br>a foreign corporation,<br><br>        Defendant. | Case No. 20CV19248<br><br>**COMPLAINT (Personal Injury)**<br><br>Not Subject to Mandatory Arbitration<br>(Prayer: $350,000)<br><br>Jury Trial Requested<br><br>Fee Authority: ORS 21.160(1)(c); $594 |

COMES NOW plaintiff Lynda Hilliard (hereinafter "Plaintiff"), by and through her attorneys and alleges as follows:

1.

The Plaintiff is an individual residing in Tigard, Washington County, Oregon.

2.

Defendant Costco Wholesale Corporation (hereinafter "Costco") is a foreign corporation which is authorized to and does conduct regular and sustained business activities throughout Oregon, including Multnomah County. Costco operates as a wholesale and retail based membership club.

3.

Costco operates a retail warehouse, which includes an automotive tire center, located at 7850 SW Dartmouth St., Tigard, Oregon.

Harris, Wyatt & Amala, LLC
Attorneys at Law
5778 Commercial Street SE
Salem Oregon 97306
Ph  503-378-7744
Fax 503-378-1013
jusers@salemattorneys.com

Page 1        COMPLAINT (Personal Injury)

4.

On or about June 2, 2018, the Plaintiff entered the Costco tire center pursuant to her membership with Costco and was a business invitee.

5.

As the Plaintiff walked through the retail tire center an employee of Costco, who was behind several stacks of tires, threw an automotive tire over the stack of tires and struck Plaintiff in the head knocking her to the ground.

6.

At the time of the event described above, Costco was negligent in one or more of the following particulars:

    a). In allowing its employee to throw tires in a retail space when it knew, or in the exercise of reasonable care, should have known that patrons, such as the plaintiff, would be walking in the area and could be struck by a flying tire;

    b). In failing to instruct its employees to refrain from throwing tires in the retail space during business hours;

    c). In failing to warn patrons, such as the plaintiff, that tires would be thrown about the retail space;

    d). In throwing tires while patrons, such as the plaintiff, were walking around the retail space without first ensuring that such activity could be performed safely.

7.

Costco's conduct, through its employees actions, constituted a reckless and outrageous indifference to a highly unreasonable risk of harm and further constituted a conscious indifference to the health, safety and welfare of others, including the plaintiff.

Harris, Wyatt & Amala, LLC
Attorneys at Law
5778 Commercial Street SE
Salem Oregon 97306
Ph: 503-378-7744
Fax: 503-378-1013
jusera@salemattorneys.com

Page 2    COMPLAINT (Personal Injury)

8.

As a direct and proximate result of Costco's negligence and recklessness as set forth above, the Plaintiff sustained the following foreseeable severe and disabling injuries:

a). A traumatic brain injury;
b). Post-concussion syndrome;
c). Cervical spine and spinal area injuries;
d) Left shoulder injury;
e). Headaches;
f). Anxiety and depression; and
g). Tinnitus.

9.

Some or all of the injuries the Plaintiff suffered may have been made more severe on account of one or more pre-existing infirm bodily conditions; or, in the alternative, caused aggravations of pre-existing conditions.

10.

As a direct and proximate result of Costco's negligence and recklessness as set forth above, and the Plaintiff's injuries set forth above, the Plaintiff has suffered and will continue to suffer pain, soreness, discomfort, fatigue, and limitations to her normal activities of daily living and is entitled to non-economic damages in a reasonable amount not to exceed $300,000.

11.

As a further direct and proximate result of Costco's negligence and recklessness, the Plaintiff has incurred reasonable and necessary expenses for medical and health care in the approximate sum of $25,000, the exact amount to be interlineated prior to trial. The Plaintiff will require additional medical care in the future to her economic damage currently estimated to be in

Harris, Wyatt & Amala, LLC
Attorneys at Law
5778 Commercial Street SE
Salem Oregon 97306
Ph 503-378-7744
Fax 503-378-1013
jusera@salemattorneys.com

1 | the sum of $20,000.

2 | 12.

3 | As a further direct and proximate result of Costco's negligence and recklessness, and as a
4 | result of the Plaintiff's injuries, plaintiff missed work and, accordingly, lost wages in the
5 | approximate sum of $5,000.

6 | 13.

7 | The Plaintiff reserves the right to amend her complaint to add a claim for punitive
8 | damages.

9 | 14.

10 | The Plaintiff demands a jury trial.

11 | WHEREFORE, Plaintiff Lynda Hilliard prays for judgment in her favor and against
12 | Defendant Costco Wholesale Corporation as follows:

13 |     a.    For non-economic damages in the sum of $300,000.
14 |     b.    For economic damages in the approximate sum of $25,000 for reasonable and
15 |         necessary medical expenses incurred to date;
16 |     c.    For economic damages in the sum of $5,000 for lost wages;
17 |     c.    For Plaintiff's costs and disbursements incurred herein; and
18 |     d.    For such other relief as the court finds to be just and equitable.

19 | DATED this 28th day of May, 2020.

20 | 
21 | James V. Usera, OSB No.: 054012
    Randall W. Snow, OSB No.: 075230
    Attorneys for Plaintiff Lynda Hilliard

Harris, Wyatt & Amala, LLC
Attorneys at Law
5778 Commercial Street SE
Salem Oregon 97306
Ph: 503-378-7744
Fax: 503-378-1013
jusera@salemattorneys.com

Page 4     COMPLAINT (Personal Injury)



## Service of Process Transmittal
06/05/2020
CT Log Number 537750517

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Oregon**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lynda Hilliard, Pltf. vs. Costco Wholesale Corporation., etc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20CV19248 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/05/2020 at 15:07 |
| **JURISDICTION SERVED :** | Oregon |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/05/2020, Expected Purge Date: 06/20/2020 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / PP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.